# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00639-CR

**Paul Michael Shumaker, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2012-311, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The States's brief was originally due on March 19, 2015. On counsel's motions, the deadline for filing was extended to July 2. State's counsel has now filed a fourth motion requesting that the Court extend the time for filing the State's brief an additional 11 days. We grant the motion for extension of time and order State's counsel to file a brief no later than July 13, 2015. No further extension of time will be granted, and failure to comply with this order will result in the case being submitted to this Court on the appellant's brief alone.

It is ordered on July 10, 2015.

Before Justices Puryear, Goodwin, and Bourland

Do Not Publish